UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAVON LOVOWE RAMSEY,

        Plaintiff,

   v.

JO SMITH,

        Defendant.

Case No. 25-cv-11015-EKL

**ORDER OF DISMISSAL**

Re: Dkt. No. 15

Plaintiff Ravon Ramsey, a state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.  On April 6, 2026, the amended complaint was dismissed with leave to amend. ECF No. 14.  Plaintiff recently filed a motion to terminate the case without prejudice and not have the case deemed frivolous.  ECF No. 15 at 1.  The Court construes the letter as a request for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Under Federal Rule 41(a)(1), "a plaintiff has 'an absolute right' to voluntarily dismiss an action 'prior to service by the defendant of an answer or a motion for summary judgment.'"  *Kamal v. Eden Creamery, LLC*, 88 F.4th 1268, 1279 n.4 (9th Cir. 2023) (citation omitted).  The dismissal may be with or without prejudice, but unless a plaintiff's notice of dismissal states otherwise, it is deemed to be without prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(B).  This motion (ECF No. 15) is GRANTED, and this case is DISMISSED without prejudice.

    **IT IS SO ORDERED.**

Dated:  May 18, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California